# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **IKEDICHI NWOKORO,** | : |
| **Plaintiff,** | : |
| vs. | : |
| **GAWVT MOTORS, LLC, d/b/a MALL OF GEORGIA FORD, BERKSHIRE HATHAWAY AUTOMOTIVE, INC., d/b/a MALL OF GEORGIA FORD, VAN TUYL GROUP, LLC, d/b/a MALL OF GEORGIA FORD,** | : Civil Action File No.<br>: 1:17-CV-00225-MHC-AJB |
| **Defendants.** | : |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

1

**Plaintiff**

Ikedichi Nwokoro

**Defendants**

GAWVT Motors, LLC, d/b/a Mall of Georgia Ford, Berkshire Hathaway Automotive, Inc., d/b/a Mall of Georgia Ford, Van Tuyl Group, LLC, d/b/a Mall of Georgia Ford

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in, or other interest, which could be substantially affected by the outcome of this particular case:

**A. Defendants**

Michael A. Caldwell, attorney for Defendants: Hourly fee contract with Defendants.

Earnest H. DeLong, attorney for Defendants: Hourly fee contract with Defendants.

2. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**A. Plaintiffs**

Aubrey T. Villines, Jr.

Jeffrey R. Filipovits

**B. Defendants**

Michael A. Caldwell

Earnest H. DeLong

Respectfully submitted this 3rd day of April, 2017.

|  |  |
|---|---|
|  | *s/ Michael A. Caldwell* |
|  | Michael A. Caldwell |
|  | Georgia Bar No. 102775 |
|  |  |
|  | Earnest H. DeLong |
| DeLong, Caldwell, Bridgers | Georgia Bar No. 217300 |
| Fitzpatrick & Benjamin, LLC |  |
| 3100 Centennial Tower | Counsel for Defendants |
| Atlanta, Georgia 30303 |  |
| (404)979-3150 |  |
| (404)979-3170 |  |
| michaelcaldwell@dcbflegal.com |  |
| woodydelong@dcbflegal.com |  |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IKEDICHI NWOKORO,<br><br>    Plaintiff,<br><br>vs.<br><br>GAWVT MOTORS, LLC, d/b/a MALL OF GEORGIA FORD, BERKSHIRE HATHAWAY AUTOMOTIVE, INC., d/b/a MALL OF GEORGIA FORD, VAN TUYL GROUP, LLC, d/b/a MALL OF GEORGIA FORD,<br><br>    Defendants. | Civil Action File No.<br>1:17-CV-00225-MHC-AJB |

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2017, I electronically filed the foregoing **Certificate of Interested Persons and Corporate Disclosure Statement** which will automatically send email notification to all counsel of record.

                                                            *s/ Michael A. Caldwell*____
                                                            Michael A. Caldwell
                                                            Georgia Bar No. 102775

**DELONG CALDWELL BRIDGERS**
**FITZPATRICK & BENJAMIN, LLC**
3100 CENTENNIAL TOWER
101 MARIETTA STREET
ATLANTA, GEORGIA 30303
(404) 979-3171
(404) 979-3170 (f)

4