UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IKEDICHI NWOKORO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: |
| ) | |
| GAWVT MOTORS, LLC, ) | |
| d/b/a MALL OF GEORGIA FORD, ) | 1:17-cv-00225-MHC-AJB |
| BERKSHIRE HATHAWAY ) | |
| AUTOMOTIVE, INC., ) | |
| d/b/a MALL OF GEORGIA FORD, ) | |
| VAN TUYL GROUP, LLC, ) | |
| d/b/a MALL OF GEORGIA FORD, ) | |
| ) | |
| Defendants. ) | |

**LR 26.3 Certificate of Serving Discovery
and
Certificate of Service**

Pursuant to L.R. 26.3(a), I hereby certify that I have this day caused to be served a copy of **Defendants' Initial Disclosures** by electronic mail and by depositing the same in the United States Mail with sufficient postage thereon to the following:

Aubrey T. Villines, Jr.
Jeffrey R. Filipovits
Filipovits Law Firm, P.C.

1

2900 Chamblee-Tucker Road
Building 1
Atlanta, Georgia 30341

I further certify that I electronically filed this Certificate of Service with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to said counsel.

Respectfully submitted,

<u>s/ Michael A. Caldwell</u>
Michael A. Caldwell
Georgia Bar No. 102775

Counsel for Defendants