UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DAVISION

| | | |
|---|---|---|
| IKEDICHI NWOKORO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| V. | ) | |
| | ) | NO. 1:17-CV-00225-MHC-AJB |
| GAWVT MOTORS, LLC, | ) | |
| d/b/a MALL OF GEORGIA FORD, | ) | |
| BERKSHIRE HATHAWAY | ) | |
| AUTOMOTIVE, INC., | ) | |
| d/b/a MALL OF GEORGIA FORD, | ) | |
| VAN TUYL GROUP, LLC, | ) | |
| d/b/a MALL OF GEORGIA FORD, | ) | |
| | ) | |
| Defendants. | ) | |

AMENDED ANSWER OF GAWVT MOTORS, LLC
TO
PLAINTIFF'S AMENDED COMPLAINT FOR DAMAGES

Defendant, GAWVT MOTORS, LLC, amends its response to Plaintiff's

Amended Complaint as follows:

1.

Defendant strikes its response to Paragraph 18 of Plaintiff's Amended

Complaint (the same being Paragraph 32 of Plaintiff's Complaint as originally filed),

and in its place substitutes the following:

1.

The allegations of Paragraph 18 are admitted.

2.

Defendant strikes its response to Paragraph 19 of Plaintiff's Amended

Complaint (the same being Paragraph 33 of Plaintiff's Complaint as originally filed),

and in its place substitutes the following:

19.

The allegations of Paragraph 19 are admitted.

3.

Defendant strikes its response to Paragraph 20 of Plaintiff's Amended

Complaint (the same being Paragraph 34 of Plaintiff's Complaint as originally filed),

and in its place substitutes the following:

20.

The allegations of Paragraph 20 are admitted.

4.

Defendant strikes its response to Paragraph 21 of Plaintiff's Amended

Complaint (the same being Paragraph 35 of Plaintiff's Complaint as originally filed),

and in its place substitutes the following:

21.

The allegations of Paragraph 21 are admitted.

WHEREFORE, having fully responded to the allegations contained in

Plaintiff's Complaint, as amended, Defendant  GAWVT MOTORS, LLC prays that

it be discharged and that the costs of this proceeding be cast upon Plaintiff.

Respectfully submitted this ___15th___ day of June, 2017.

_S/ Earnest H. DeLong_

Earnest H. DeLong
Georgia Bar No. 217300
woodydelong@dcbflegal.com

DeLong Caldwell, Bridgers
  Fitzpatrick & Benjamin, LLC
Suite 3100 Centennial Tower
101 Marietta St. NW
Atlanta, Georgia 30303
404/979-3150

_S/ Michael A. Caldwell_

Michael A. Caldwell
Georgia Bar No. 102775
michaelacaldwll@dcbflegal.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IKEDICHI NWOKORO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| V. | ) | |
| | ) | NO. 1:17-CV-00225-MHC-AJB |
| GAWVT MOTORS, LLC, et. al. | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I filed the within and foregoing

*Amended Answer of GAWVT Motors, LLC to Plaintiff's Amended Complaint*

*for Damages* with the Clerk of Court using the CM/ECF system, which will

automatically transmit email notification of such filing to all attorneys of record.

This __15th__ day of March, 2017.

                                          *S/ Earnest H. DeLong*

                                          Earnest H. DeLong
                                          Georgia Bar No. 217300