UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IKEDICHI NWOKORO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: |
| ) | |
| GAWVT MOTORS, LLC, ) | |
| d/b/a MALL OF GEORGIA FORD, ) | 1:17-cv-00225-MHC-AJB |
| BERKSHIRE HATHAWAY ) | |
| AUTOMOTIVE, INC., ) | |
| d/b/a MALL OF GEORGIA FORD, ) | |
| VAN TUYL GROUP, LLC, ) | |
| d/b/a MALL OF GEORGIA FORD, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The parties having jointly moved to extend the discovery period through and including October 31, 2017, the Court having considered the same and for good cause shown it is hereby ORDERED that the discovery period in this case shall be extended through and including October 31, 2017, with a corresponding extension of all post-discovery deadlines.

SO ORDERED, this 28th__ day of July, 2017.

_____
Honorable Alan J. Baverman
Magistrate Judge, U.S. District Court